## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RON PORTER,                          )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )    Case No.CIV-14-172-HE
                                     )
FARMERS INSURANCE COMPANY INC.       )
                                     )
    Defendant.                       )

### JOINT REPORT OF SETTLEMENT

COMES NOW the parties, Ron Porter, plaintiff, and Farmers Insurance Company, Inc., defendant, to report to the Court that the parties have reached a settlement of all claims asserted in this action. The parties are currently engaged in finalizing the necessary releases and other matters necessary to effectuate the settlement and ask the Court to issue an administrative stay of further proceedings pending the settlement.

Respectfully submitted this 30th day of October, 2014.

/s/ Gaylon C. Hayes
Gaylon C. Hayes, Esq.,OBA #14492
Hayes Legal Group, PC
6805 S. Western Avenue, Suite 500
Oklahoma City, OK 73139-1708
405-616-5045   Fax: 405-616-5062
gaylon@hhhlawfirm.com
brooke@hhhlawfirm.com
*ATTORNEY FOR PLAINTIFF*

1

/s/ Michael D. Duncan
Michael D. Duncan, OBA #11601
Kisa D. Freyre, OBA #30558
Chubbuck Duncan & Robey, P.C.
119 North Robinson Ave., Suite 820
Oklahoma City, Oklahoma 73102
(405) 236-8282 /Fax: (405) 236-2828
mdduncan@chubbucklaw.com
kfreyre@chubbucklaw.com
*ATTORNEYS FOR DEFENDANT*