## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **RON PORTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.CIV-14-172-HE** |
| | ) | |
| **FARMERS INSURANCE COMPANY INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties hereto, the Plaintiff appearing by and through his attorney of record, Gaylon Hayes, and the defendant appearing by and through its attorney of record, Michael D. Duncan, and pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby stipulate that the above styled and numbered cause is dismissed with prejudice.

/s/ Gaylon C. Hayes
Gaylon C. Hayes, Esq.,OBA #14492
Hayes Legal Group, PC
6805 S. Western Avenue, Suite 500
Oklahoma City, OK 73139-1708
405-616-5045   Fax:  405-616-5062
gaylon@hhhlawfirm.com
brooke@hhhlawfirm.com
*ATTORNEY FOR PLAINTIFF*

1

/s/  Michael D. Duncan
Michael D. Duncan, OBA #11601
Kisa D. Freyre, OBA #30558
Chubbuck Duncan & Robey, P.C.
119 North Robinson Ave., Suite 820
Oklahoma City, Oklahoma 73102
(405) 236-8282 /Fax:  (405) 236-2828
mdduncan@chubbucklaw.com
kfreyre@chubbucklaw.com
*ATTORNEYS FOR DEFENDANT*